# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.        McCrea, Adrianna N.        Docket No.        2:19CR00215-TOR-8

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Adrianna N. McCrea, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 8th day of July 2020, under the following conditions:

**Condition #2:** Defendant shall reside at an address approved by Pretrial Services and not change that address without prior approval, and shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Adrianna N. McCrea is alleged to have changed her residence without prior approval by pretrial services, on August 8, 2020.

On July 10, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. McCrea. She acknowledged an understanding of the conditions, which included condition number 2.

On August 11, 2020, the undersigned officer attempted to contact Ms. McCrea by calling her brother. Ms. McCrea's approved residence at that time was at her brother's residence, which is located outside of Davenport, Washington. Her brother reported he had not seen Ms. McCrea since August 8, 2020, and believed she had moved to Spokane, Washington, to move into a sober living residence.

Later on August 11, 2020, the undersigned officer was able to contact Ms. McCrea using her listed telephone number. Ms. McCrea reported she moved to a friend's residence in Spokane, Washington, on or about August 8, 2020. She further stated this living situation was temporary until she was accepted into a sober living program.

In response to Ms. McCrea moving without prior approval from the U.S. Probation Office, the undersigned officer reminded Ms. McCrea of her requirement to not change her address without prior approval. A virtual walk through of the residence was also conducted, in which the residence appeared to be appropriate.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   August 14, 2020 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: McCrea, Adrianna N.
August 14, 2020
Page 2

THE COURT ORDERS

[✓]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

_August 14, 2020_____
Date