William D. Hyslop
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:19-CR-00215-TOR |
| v. | |
| ADRIANNA N. McCREA, | Motion for Detention |
| Defendant. | |

The United States, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Ann T Wick, Assistant United States Attorney for the Eastern District of Washington, move the Court, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a), for an order directing that the defendant, ADRIANNA N. McCREA, be held without bail pending a preliminary hearing and revocation hearing regarding the terms and conditions of her probation/supervised release and the alleged violations contained in the petition filed by the United States Probation Office.

A person arrested for a violation of supervised release may be released or

Motion for Detention- 1

detained under 18 U.S.C. § 3143(a) pending further proceedings.  FED R. CRIM. P. 32.1(a)(6).  Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released.  18 U.S.C. § 3143(a).  "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." FED. R. CRIM. P. 32.1(a)(6).

    WHEREFORE, the Government requests the Court enter an Order ordering the Defendant be detained without bail pending a Probation and Revocation Hearing.

Dated:  February 25, 2021.

William D. Hyslop
United States Attorney

s/*Ann T. Wick*
Ann T. Wick
Assistant United States Attorney

Motion for Detention- 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

s/*Ann T. Wick*
Ann T. Wick
Assistant United States Attorney

Motion for Detention- 3