PROB 12C
(6/16)

Report Date: December 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrianna N. McCrea          Case Number: 0980 2:19CR00215-WFN-8

Address of Offender:          Fruitland, Washington 99219

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 20, 2020

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:    Prison - 9 days         Type of Supervision: Supervised Release
                              TSR - 60 months

Asst. U.S. Attorney:    James A. Goeke        Date Supervision Commenced: October 20, 2020

Defense Attorney:      Roger Pevens           Date Supervision Expires: October 19, 2025

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

         **Supporting Evidence**: It is alleged Ms. McCrea violated the terms of her supervised release by failing to completed inpatient treatment as directed, on or about December 3, 2020.

         On October 20, 2020, Ms. McCrea was sentenced. She was granted credit for time served and supervision commenced that same day.

         On October 23, 2020, a supervision intake was completed by phone. At that time, she verbally acknowledged an understanding of the conditions imposed by the Court, to include standard condition number 13, noted above. She later signed a copy of her judgment.

         Ms. McCrea quickly relapsed on heroin. As a result, she completed an updated substance abuse assessment with Pioneer Human Services on November 17, 2020, which resulted in a recommendation for inpatient treatment. A bed date for inpatient treatment was secured for November 20, 2020, at American Behavioral Health Systems (ABHS).

On November 19, 2020, during a conversation with Ms. McCrea, the undersigned officer advised her of the expectation that she enter inpatient treatment the following day and successfully complete the program.

The same day, she attended her first Sobriety Treatment and Education Program (STEP) session and was advised by the STEP team that she was required to enter and successfully complete inpatient treatment.

Ms. McCrea entered inpatient treatment at ABHS on November 20, 2020. On December 4, 2020, the undersigned was advised by ABHS staff that Ms. McCrea had aborted treatment the previous evening.

Attempts to contact Ms. McCrea have gone unsuccessful. Her whereabouts are currently unknown. A warrant appears appropriate in this matter.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/04/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/4/2020
Date