PROB 12C
(6/16)

Report Date: February 23, 2021

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 23, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrianna N. McCrea                    Case Number: 0980 2:19CR00215-TOR-8

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 20, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - Time Served (9 days)<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: October 20, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 19, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/04/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: It is alleged that Adrianna McCrea violated the terms of her supervised release by being arrested for unlawful possession of a controlled substance, methamphetamine on or about February 17, 2021.<br><br>On October 20, 2020, Ms. McCrea was sentenced by Your Honor. She was granted credit for time served and supervision commenced that same day.<br><br>On October 23, 2020, a supervision intake was completed by phone. At that time, she verbally acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition numbers 1 and 2, noted above. She later signed a copy of her judgment.<br><br>On December 4, 2020, following the filing of a petition, an arrest warrant was issued for Ms. McCrea. Ms. McCrea remained on warrant status until February 17, 2021, when she was arrested by the Spokane County Sheriff's Department (SCSO). |

Prob12C
Re: McCrea, Adrianna N
February 23, 2021
Page 2

Available incident reports indicate that on February 17, 2021, the SCSO responded to a welfare check of a female reportedly passed out in a running vehicle in the Old Navy parking lot located in Spokane Valley, Washington.

Ms. McCrea was observed by the SCSO as being slumped over in the front passenger seat and the vehicle was running. A capped syringe was observed in the driver's seat. The deputy knocked on the window for approximately 30 seconds. After approximately 1 minute, Ms. McCrea woke up and realized there was a deputy at her door.

Ms. McCrea admitted to the deputy that she had used drugs a couple hours prior. She was then arrested on her Washington State Department of Corrections (WADOC) warrant. During the search, the deputy located a small baggie with white crystalline substance that later field tested positive for methamphetamine. A second small baggie was located that contained a tar like substance, that field tested positive for heroin.

Mr. McCrea was placed under arrest for her WADOC warrant and also charged with one count of possession of a controlled substance, methamphetamine, and one count of possession of a controlled substance, heroin.

3  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Adrianna McCrea violated the terms of her supervised release by being arrested for unlawful possession of a controlled substance, heroin on or about February 17, 2021.

On October 20, 2020, Ms. McCrea was sentenced by Your Honor. She was granted credit for time served and supervision commenced that same day.

On October 23, 2020, a supervision intake was completed by phone. At that time, she verbally acknowledged an understanding of the conditions imposed by the Court, to include mandatory condition numbers 1and 2, noted above. She later signed a copy of her judgment.

On December 4, 2020, following the filing of a petition, an arrest warrant was issued for Ms. McCrea. Ms. McCrea remained on warrant status until February 17, 2021, when she was arrested by the Spokane County Sheriff's Department (SCSO).

Available incident reports indicate that on February 17, 2021, the SCSO responded to a welfare check of a female reportedly passed out in a running vehicle in the Old Navy parking lot located in Spokane Valley, Washington.

Ms. McCrea was observed by the SCSO as being slumped over in the front passenger seat and the vehicle was running. A capped syringe was observed in the driver's seat. The deputy knocked on the window for approximately 30 seconds. After approximately 1 minute, Ms. McCrea woke up and realized there was a deputy at her door.

Prob12C
Re: McCrea, Adrianna N
February 23, 2021
Page 3

Ms. McCrea admitted to the deputy that she had used drugs a couple hours prior. She was then arrested on her Washington State Department of Corrections (WADOC) warrant. During the search, the deputy located a small baggie with white crystalline substance that later field tested positive for methamphetamine. A second small baggie was located that contained a tar like substance, that field tested positive for heroin.

Mr. McCrea was placed under arrest for her WADOC warrant and also charged with one count of possession of a controlled substance, methamphetamine, and one count of possession of a controlled substance, heroin.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     s/Melissa Hanson

February 23, 2021

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

February 23, 2021
Date