PROB 12C
(6/16)

Report Date: June 4, 2021

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrianna N. McCrea      Case Number: 0980 2:19CR00215-TOR-8

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 20, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349, 1344 | |
| Original Sentence: | Prison - Time Served (9 days)<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: October 20, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: October 19, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/04/2020 and 02/23/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Adrianna McCrea violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 21, 2021.<br><br>On October 20, 2020, Ms. McCrea was sentenced by Your Honor. She was granted credit for time served (9 days) and supervision commenced that same day.<br><br>On October 23, 2020, a supervision intake was completed by telephone. At that time, she verbally acknowledged an understanding of the conditions imposed by the Court, to include special condition number 6, noted above. She later signed a copy of her judgment.<br><br>On March 18, 2021, a revocation hearing was held. Ms. McCrea was ordered to enter inpatient treatment. On March 24, 2021, she released from custody and entered inpatient |

Prob12C
Re: McCrea, Adrianna N.
June 4, 2021
Page 2

treatment at American Behavioral Health Systems (ABHS), where she continues to receive treatment.

On May 26, 2021, Ms. McCrea called from ABHS and advised she had consumed methamphetamine, which was brought into the facility by another client on May 21, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/04/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

June 4, 2021

Date