PROB 12C
(6/16)

Report Date: September 22, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrianna N. McCrea | Case Number: 0980 2:19CR00215-TOR-8 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge |
| Date of Original Sentence: October 20, 2020 | |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1349, 1344 |
| Original Sentence: | Prison - Time Served (9 days)     Type of Supervision: Supervised Release
|                    | TSR - 60 days |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: October 20, 2020 |
| Defense Attorney: Colin G. Prince | Date Supervision Expires: October 19, 2025 |

**PETITIONING THE COURT**

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/04/2020, 02/23/2021 and 06/04/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

5 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Adrianna McCrea violated the terms of her supervised release by failing to attend substance abuse treatment on or about September 9, 14, and 20, 2021.

On October 20, 2020, Ms. McCrea was sentenced by Your Honor. She was granted credit for time served (9 days) and supervision commenced that same day.

On October 23, 2020, a supervision intake was completed by telephone. At that time, she verbally acknowledged an understanding of the conditions imposed by the Court, to include special condition number 5, noted above. She later signed a copy of her judgment.

On June 28, 2021, Ms. McCrea successfully discharged from inpatient treatment. On July 13, 2021, she completed an admit appointment with Pioneer Human Services (PHS) for the

purposed of enrolling in outpatient substance abuse treatment services. She was enrolled in intensive outpatient services, which required Ms. McCrea to attend three group sessions per week.

PHS reported that Ms. McCrea failed to attend her treatment group sessions on September 9, 14, and 20, 2021.

6  **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Adrianna McCrea violated the terms of her supervised release by failing to report a change in residence and failing to secure preapproval in her change in residence, on or about September 21, 2021.

On October 20, 2020, Ms. McCrea was sentenced by Your Honor. She was granted credit for time served (9 days) and supervision commenced that same day.

On October 23, 2020, a supervision intake was completed by telephone. At that time, she verbally acknowledged an understanding of the conditions imposed by the Court, to include standard condition number 5, noted above. She later signed a copy of her judgment.

On June 28, 2021, Ms. McCrea successfully discharged from inpatient treatment and moved into an approved clean and sober residence, a local oxford house.

On September 21, 2021, the undersigned attempted to contact Ms. McCrea at her last known residence, a local oxford house. The undersigned was advised by an individual at the residence that Ms. McCrea had moved out that morning and her new address was unknown.

It should be noted, Ms. McCrea has not responded to voice mail messages left by the undersigned on September 20 and 21, 2021. In addition, contact with Ms. McCrea's mother revealed that Adrianna McCrea has ceased contact with her mother as well, who believed the offender actually moved out of the oxford house in early September 2021.

At this time, Adrianna McCrea's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/22/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: McCrea, Adrianna N**
**September 22, 2021**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Thomas O. Rice
United States District Judge

_September 22, 2021_
Date